IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JOHN B. SPEIGHT, REX ARNEY, ROBIN HURLESS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> WYOMING GOVERNOR MARK GORDON, in his official capacity, WYOMING REPUBLICAN STATE CENTRAL COMMITTEE, and WYOMING REPUBLICAN PARTY, <br><br> Defendant. | Case No. 22-CV-0016-SWS |

**ORDER PREVENTING SUPERINTENDENT SELECTION UNTIL JANUARY 27, 2022**

The above-captioned matter is before this Court on Plaintiff's *Motion for Temporary Restraining Order and Preliminary Injunction* (ECF No. 6). Having conferred with counsel for the parties, and in order to allow and consider input from all Defendants, it is hereby

ORDERED that Governor Gordon shall not fill the vacant position of Superintendent of Public Instruction with any candidate forwarded to him by the

1

Defendants prior to issuance of this Court's Order on the Motion for Temporary Restraining Order, which shall be issued no later than 12:00 p.m. MST on January 27, 2022.

Dated this 26th day of January, 2022.

_____
Scott W. Skavdahl
United States District Judge