| Name | Tally | Count |
|---|---|---|
| Michelle Alldrich | \|\| | 2 |
| Megan Degenfelder | ~~\|\|\|\|~~ ~~\|\|\|\|~~ ~~\|\|\|\|~~ \|\|\| | 19 |
| Keith Goodenough | | |
| Marti Halverson | ~~\|\|\|\|~~ ~~\|\|\|\|~~ ~~\|\|\|\|~~ ~~\|\|\|\|~~ ~~\|\|\|\|~~ ~~\|\|\|\|~~ ~~\|\|\|\|~~ ~~\|\|\|\|~~ ~~\|\|\|\|~~ ~~\|\|\|\|~~ ~~\|\|\|\|~~ \| | (56) |
| Ryan Kaufman | ~~\|\|\|\|~~ \|\|\|\| | 9 |
| Thomas Kelly | ~~\|\|\|\|~~ ~~\|\|\|\|~~ ~~\|\|\|\|~~ ~~\|\|\|\|~~ ~~\|\|\|\|~~ ~~\|\|\|\|~~ ~~\|\|\|\|~~ ~~\|\|\|\|~~ ~~\|\|\|\|~~ ~~\|\|\|\|~~ ~~\|\|\|\|~~ ~~\|\|\|\|~~ \|\| | (62) |
| Jayme Lien | ~~\|\|\|\|~~ \| | 6 |
| David Northrup | ~~\|\|\|\|~~ \|\| | 7 |
| Anguli Baker | \|\| | 2 |
| Brian Schroeder SR | ~~\|\|\|\|~~ ~~\|\|\|\|~~ ~~\|\|\|\|~~ ~~\|\|\|\|~~ ~~\|\|\|\|~~ ~~\|\|\|\|~~ ~~\|\|\|\|~~ ~~\|\|\|\|~~ ~~\|\|\|\|~~ ~~\|\|\|\|~~ \|\| | (52) |
| Joshua Valk | \|\| | 2 |
| Michelle Wistisen | \|\| | 2 |

38 MAJORITY

INVALID 0

BALLOT 73

BLANK 1

37

*Hugh A. Hageman*
Teller Committee Chairman