Brian C. Shuck, 6-2817
Law Office of Brian C. Shuck, PC
PO Box 3029
Cheyenne, WY 82001
(307) 432-0767
brianshuck@vcn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

JOHN B. "JACK" SPEIGHT, REX ARNEY, )
ROBIN HURLESS, CHRISTOPHER 0. BOSWELL, )
TAMSIN JOHNSON, DOUG CAMBLIN, )
TOM LUBNAU, ANNE LADD, KATHY VETTER, )
CHARLES PELKEY, DAN NEAL, )
STEVE SIMONTON, GEORGE SIMONTON, )
DAVE NORTHRUP, GAIL SYMONS, and )
RUTH ANN PETROFF, )
 )
    Plaintiffs, )
 )
 )    Case Number: 22-CV-16-S
W. FRANK EATHORNE in his capacity as )
chairman of THE WYOMING REPUBLICAN PARTY, )
THE WYOMING REPUBLICAN STATE CENTRAL )
COMMITTEE, and MARK GORDON, in his capacity )
as Governor of the State of Wyoming )
 )
 )
    Defendants. )

**STIPULATED MOTION TO DISMISS WITH PREJUDICE**

**COME NOW,** Plaintiffs, John B. "Jack" Speight, Rex Arney, Robin Hurless, Christopher O. Boswell, Tamsin Johnson, Doug Camblin, Tom Lubnau, Anne Ladd, Kathy Vetter, Charles Pelkey, Dan Neal, Steve Simonton, George Simonton, Dave Northrup, Gail Symons, and Ruth Ann Petroff; and Defendants, W. Frank Eathorne, in his capacity as Chairman of the Wyoming Republican Party, the Wyoming Republican State Central Committee, and Mark Gordon, in his capacity as Governor of the State of Wyoming; by and through their respective undersigned counsel, and hereby respectfully submit this stipulated Motion to Dismiss with Prejudice, and request that the Court dismiss with prejudice the above-

captioned action.  The parties stipulate to refrain from seeking an award of attorneys fees or costs related to the above-captioned action from this Court.

**WHEREFORE,** the parties jointly request the Court dismiss the above captioned-action with prejudice and agree to refrain from seeking an award of attorneys fees or costs related to the above-captioned action from this Court.

**DATED** this 20th day of March, 2022.

**ATTORNEY FOR ALL PLAINTIFFS:**

s/ Patrick J. Crank (authorized to sign by email)
_____
Patrick J. Crank, WBN 5-2305

**ATTORNEY FOR DEFENDANT GOVERNOR MARK GORDON:**

s/ Ryan T. Schelhaas (authorized to sign by email)
_____
Jay A. Jerde, WBN 6-2773
Ryan T. Schelhaas, WBN 6-3321
Bridget L. Hill, WBN 6-3616

**ATTORNEY FOR DEFENDANTS, W. FRANK EATHORNE, IN HIS OFFICIAL CAPACITY AS CHAIRMAN OF THE WYOMING REPUBLICAN PARTY AND WYOMING REPUBLICAN STATE CENTRAL COMMITTEE:**

s/ Brian C. Shuck
_____
Brian C. Shuck, WBN 6-2817

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing **STIPULATED MOTION TO DISMISS** was properly served as indicated upon the following listed persons on this _____ day of March, 2022:

| | | |
|---|---|---|
| Pat Crank | [X] | CM/ECF |
| Crank Legal Group, PC | [X] | Email |
| pat@cranklegalgroup.com | | |
| | | |
| Jay Jerde | [X] | CM/ECF |
| Special Assistant Attorney General | [X] | Email |
| Wyoming Attorney General's Office | | |
| 109 State Capitol | | |
| Cheyenne, WY  82002 | | |
| jay.jerde@wyo.gov | | |
| | | |
| Bridget Hill | | |
| Attorney General | | |
| Ryan Schelhaas | [X] | CM/ECF |
| Chief Deputy Attorney General | [X] | Email |
| Wyoming Attorney General's Office | | |
| 109 State Capitol | | |
| Cheyenne, WY  82002 | | |
| ryan.schelhaas@wyo.gov | | |
| | | |
| Brian C. Shuck | [X] | CM/ECF |
| Law Office of Brian C. Shuck, P.C. | [X] | Email |
| Post Office Box 3029 | | |
| Cheyenne, WY  82003 | | |
| brianshuck@vcn.com | | |

_____
Brian C. Shuck